December 22, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

## NO. 14-14-00862-CR

## EX PARTE WOODROW MILLER

_____

This cause was heard on the transcripts of the record of the court below, and having inspected the record, the Court holds there was no error in the trial court's October 9, 2014 order requiring reversal, but there was error in the order as entered, which is capable of modification by this Court. Therefore, the order is **MODIFIED** as follows: the first reference in the trial court's October 9, 2014 order to "0876249-A" is deleted and it is replaced with "0876249-F."

The Court orders the trial court's order **AFFIRMED** as **MODIFIED**.

We further order this decision certified below for observance.